UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| GEORGE T. KELLY, III, and THOMAS BOOGHER, individually and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>THE ALIERA COMPANIES, INC., formerly known as Aliera Healthcare, Inc., a Delaware corporation; and TRINITY HEALTHSHARE, INC., a Delaware corporation,<br><br>                  Defendants. | Civil Action No. 3:20-cv-05038-MDH |

## **TRINITY HEALTHSHARE, INC.'S SUGGESTION OF BANKRUPTCY**

Defendant Trinity Healthshare, Inc. *d/b/a* Sharity Ministries, Inc. ("Trinity"), by and through its undersigned counsel, states as follows:

1. Trinity has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the District of Delaware, which bears the case number 21-11001.

2. Relief was ordered on July 8, 2021.

3. This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

WHEREFORE, Trinity suggests that this action against Trinity has been stayed by the operation of 11 U.S.C. § 362.

Respectfully submitted on July 9, 2021.

> */s/ Ginger K. Gooch*
> Ginger K. Gooch
> MO Bar # 50302
> HUSCH BLACKWELL LLP
> 901 St. Louis Street, Suite 1800
> Springfield, Missouri 65806
> (417) 268-4128
> (417) 268-4040 (FAX)
> ginger.gooch@huschblackwell.com
>
> ***Attorney for Defendant Trinity Healthshare, Inc.***

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021, I filed the foregoing document via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

Date: July 9, 2021

Respectfully submitted,

*/s/ Ginger K. Gooch*
Ginger K. Gooch
MO Bar # 50302
HUSCH BLACKWELL LLP
901 St. Louis Street, Suite 1800
Springfield, Missouri 65806
(417) 268-4128
(417) 268-4040 (FAX)
ginger.gooch@huschblackwell.com

***Attorney for Defendant Trinity Healthshare, Inc.***