# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-3702

George T. Kelly, III, Individually and on behalf of all others similarly situated and Thomas Boogher, individually and on behalf of all others similarly situated

Appellees

v.

The Aliera Companies, Inc., formerly known as Aliera Healthcare, Inc., a Delaware corporation

Appellant

Trinity Healthshare, Inc., a Delaware corporation

------

Appeal from U.S. District Court for the Western District of Missouri - Joplin
(3:20-cv-05038-MDH)

------

**ORDER**

The court has received a notice that an involuntary petition for bankruptcy has been filed against Appellant Aliera Companies, Inc. in the United Stated Bankruptcy Court for the District of Delaware. On the court's own motion, the matter is stayed pursuant to the provisions of 11 U.S.C. Section 362, and the clerk is directed to remove the case from the court's oral argument calendar for Thursday, December 16, 2021.

It is further ordered that Appellant file regular status reports, the first of which is due 90 days from the date of this order.

December 15, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans