# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-3709

George T. Kelly, III, Individually and on behalf of all others similarly situated and Thomas Boogher, individually and on behalf of all others similarly situated

Appellees

v.

The Aliera Companies, Inc., formerly known as Aliera Healthcare, Inc., a Delaware corporation

Trinity Healthshare, Inc., a Delaware corporation

Appellant

------

Appeal from U.S. District Court for the Western District of Missouri - Joplin
(3:20-cv-05038-MDH)

------

**MANDATE**

In accordance with the judgment of 01/13/2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 13, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit