# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-3702

_____

George T. Kelly, III, Individually and on behalf of all others similarly situated; Thomas Boogher, individually and on behalf of all others similarly situated

Plaintiffs - Appellees

v.

The Aliera Companies, Inc., formerly known as Aliera Healthcare, Inc., a Delaware corporation

Defendant - Appellant

Trinity Healthshare, Inc., a Delaware corporation

Defendant

_____

Appeal from U.S. District Court for the Western District of Missouri - Joplin
(3:20-cv-05038-MDH)

_____

## JUDGMENT

The stipulation of dismissal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

April 09, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Stephanie N. O'Banion