UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| GEORGE T. KELLY, III, and THOMAS BOOGHER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALIERA COMPANIES, INC., formerly known as Aliera Healthcare, Inc., a Delaware corporation; and TRINITY HEALTHSHARE, INC., a Delaware corporation,<br><br>Defendants. | Civil Action No. 3:20-CV-05038-MDH |

## PLAINTIFFS' MOTION TO DISMISS

Plaintiffs move, pursuant to Federal Rule of Civil Procedure 41(a)(2), to dismiss this action. Both defendants are bankrupt. Defendant Trinity Healthshare, Inc ("Trinity"), later known as Sharity Ministries, Inc., entered bankruptcy in July 2021. *See In re Sharity Ministries, Inc.,* United States Bankruptcy Court for the District of Delaware, Case No. 21-11001-TMH. Defendant The Aliera Companies, Inc. ("Aliera") entered bankruptcy in December 2021, in *In re The Aliera Companies, Inc.,* United States Bankruptcy Court for the District of Delaware, Case No. 21-11548-TMH. Plans have been confirmed in both bankruptcies that resolve the claims in this case.

The Court of Appeals dismissed the appeals of both Trinity and Aliera, and Mandates have now issued. Dkt. Nos. 107 (Trinity) and 113 (Aliera).

DATED: April 15, 2024.

    */s/ Eleanor Hamburger*
Richard E. Spoonemore, *Pro Hac Vice*
Eleanor Hamburger, *Pro Hac Vice*
Ann E. Merryfield, *Pro Hac Vice*
SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel.: (206) 223-0303
Email: rspoonemore@sylaw.com
Email: ehamburger@sylaw.com
Email: amerryfield@sylaw.com

Jay Angoff, MO Bar # 46415
Cyrus Mehri, *Pro Hac Vice*
C. Ezra Bronstein, *Pro Hac Vice*
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Telephone: 202-822-5100
Email: jangoff@findjustice.com
Email: cmehri@findjustice.com
Email: ebronstein@findjustice.com

Michael David Myers, *Pro Hac Vice*
MYERS & COMPANY PLLC
1530 Eastlake Avenue East
Seattle, WA 98102
Tel. (206) 398-1188
Email: mmyers@myers-company.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, I filed the foregoing document via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

                                           */s/ Eleanor Hamburger*
                                           Eleanor Hamburger, *Admitted Pro Hac Vice*
                                           Email: ehamburger@sylaw.com
                                           *Attorneys for Plaintiffs*