IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| GEORGE T. KELLY, III, and THOMAS BOOGHER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> THE ALIERA COMPANIES, INC., formerly known as Aliera Healthcare, Inc., a Delaware corporation, and TRINITY HEALTHSHARE, INC., a Delaware corporation, <br><br> Defendants. | Case No. 3:20-cv-05038-MDH |

**ORDER**

Before the Court is Plaintiffs' Motion to Dismiss. (Doc. 114). Plaintiffs move to dismiss this case in its entirety stating both Defendants are bankrupt, that the bankruptcy plans have been confirmed, and that the plans resolve the claims in this case. The Eighth Circuit has dismissed the appeals of both Trinity and Aliera and mandates have now been issued.

Wherefore, after a review of the record, the Court hereby **GRANTS** Plaintiffs' Motion to Dismiss. This case is dismissed in its entirety, without prejudice, with each party to bear their own costs, expenses, and attorney fees.

**IT IS SO ORDERED.**

DATED: April 16, 2024

                                             */s/ Douglas Harpool*
                                             **DOUGLAS HARPOOL**
                                             **UNITED STATES DISTRICT JUDGE**